UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

THERISE HAWKINS,

    Plaintiff,

v.                                            Case No: 5:20-cv-125-GKS-PDB

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

THIS CAUSE came on for consideration upon Plaintiff, Therise Hawkins', Unopposed Motion for Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), filed February 24, 2021 (Doc. 24), seeking an award of attorney's fees in the amount of $7,590.20 (Doc. 24), which the Court referred to the United States Magistrate Judge for a Report and Recommendation. Defendant, the Commissioner of Social Security, did not oppose the relief requested.

Therefore, having reviewed and considered the Report and Recommendation (Doc. 25) entered on March 15, 2021, and there being no objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

    1. United States Magistrate Judge Patricia D. Barksdale's Report and

Recommendation (Doc. 25) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Plaintiff Hawkins is eligible to receive an EAJA award as a prevailing party and the requested attorney's fee is reasonable. Plaintiff's Unopposed Motion for Fees Pursuant to the Equal Access to Justice Act, filed February 24, 2021 (Doc. 24), is **GRANTED.**

3. Plaintiff's request for attorney's fees in accordance with 28 U.S.C. § 2412, in the amount of $7,590.20, is **GRANTED**.

4. The Clerk of Court is directed to **ENTER JUDGMENT accordingly**, in favor of Plaintiff Therise Hawkins and against Defendant Commissioner of Social Security.

**DONE AND ORDERED** at Orlando, Florida, this ___6___ day of April, 2021.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties

2